**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RAYMOND LEWIS SPAIN,**<br><br>**Defendant.** | **Case No. 25-CR-209-JFH** |

**<u>OPINION AND ORDER</u>**

Before the Court is a Motion to Dismiss ("Motion") filed by the United States of America ("Government"). Dkt. No. 51. The Government moves to dismiss the Indictment [Dkt. No. 2] as to Defendant Raymond Lewis Spain ("Defendant") because it has been credibly informed of Defendant's death. *Id.*

Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charges against Defendant is not contrary to the public interest, nor is it for an improper purpose. For the reasons stated in the Motion, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's Motion to Dismiss [Dkt. No. 51] is GRANTED and the Indictment [Dkt. No. 2] is dismissed without prejudice.

Dated this 9th day of October 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE